VERONICA KAFLINE, as Administratrix of the Estate of JOSEPH KAFLINE, Deceased, Appellant, v. BROOKLYN EASTERN DISTRICT TERMINAL COMPANY, Respondent.

*Kafline* v. *Brooklyn Eastern District Terminal Co.*, 180 App. Div. 858, affirmed.

(Argued January 12, 1920; decided January 27, 1920.)

APPEAL from a judgment entered January, 12, 1918, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. Intestate was employed as a driver upon a wharf owned by defendant which had rented wharfage rights in a part thereof to his employer. The outer end of the wharf was decayed, ruinous and fallen in and defendant had erected a fence across the wharf with a gate therein and a sign that " drivers must not enter or pass this gate." On the day of his death intestate left his horse, passed through the gate, which was open, on to the ruinous part of the wharf and was seen to lean against a stringpiece which gave way so that he was precipitated into the water and drowned.

*Anthony J. Ernest* for appellant.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.